# EXHIBIT B



**12350 Jefferson Ave Suite 300**
**Newport News, VA 23602**

Local: (757) 223-4500

Toll-Free: (800) 459-1881

| Home | About Us | Injury Law | Business Law | Asbestos Litigation | Attorneys | Videos |

Contact

Home  »  Our Attorneys  »  Attorney James H. Shoemaker, Jr

# James H. Shoemaker, Jr





**Phone:**

(757) 223-4560

**Email:**

jshoemaker@pwhd.com

**Practice Areas:**

- Employment Law
- False Claims Act/ Qui Tam
- Wage & Hour
- Commercial Litigation

James H. ("Jamie") Shoemaker, Jr. is a trial lawyer whose practice includes all areas of employment law, False Claims Act (whistleblower) and Fair Labor Standards Act (overtime) litigation matters. He has tried over seventy cases to verdict in state and federal courts of record throughout the United States, before arbitration panels, Administrative Law Judges and other forums. He has successfully resolved several times this number through mediation and negotiated settlement.

Highly experienced in complex litigation, Jamie has served as lead counsel or co-lead counsel in several False Claims Act qui tam matters involving various types of healthcare fraud and fraud against the Department of Defense. Obtaining government interventions in these cases can be vital in achieving ultimate success. Jamie and his partners have obtained government intervention in a significant number of cases. One of his clients was among the eight successful relators in the 2009 recovery against Pfizer.  This recovery totaled $2.1 billion dollars and is one of the largest qui tam settlements in U.S. history. He has also served as lead counsel in very significant employment cases around the U.S. resulting in numerous seven and six figure recoveries.

Martindale-Hubbell has awarded Jamie their AV Preeminent rating, that firm's highest rating for quality. Since 2006, Jamie has been listed in "Best Lawyers in America," a publication which seeks to identify the country's top practitioners through a national survey of lawyers and judges. For the past ten years Virginia Business Magazine has named Jamie to its "Virginia Legal Elite" listing of the state's top lawyers. In 2005, the New York Chapter of the National Employment Lawyers Association awarded him their Courageous Advocate Award at a ceremony in Manhattan.

Jamie attended the Virginia Military Institute on a Navy ROTC scholarship and received his Bachelor of Arts Degree in Economics from VMI in 1984. Following his graduation from VMI, he served four years as a naval officer on active duty and two years in the reserves. While in the Navy he served as Navigator and Tactical Action Officer aboard a destroyer and made two deployments to the Middle East. In 1991, after his military service, he received his Juris Doctor from the University of Richmond.

Community service is central to our firm's mission. Governor Allen appointed Jamie as a Commissioner of the seven member Hampton Roads Sanitation District Commission in 1995. HRSD is a public waste water utility with an annual budget of approximately $200,000,000.00. He was reappointed to HRSD by Governor Jim Gilmore in 2000. Jamie served as president and trustee of the Sarah Bonwell Hudgins Foundation for several years. He has also served on the Boards of the Peninsula

Metropolitan YMCA, Peninsula Legal Aid, Christopher Newport University Sailing Foundation and St. Andrews Episcopal School. He is a former board member and president of the Tidewater Federal Bar Association.

Jamie resides in Hampton, Virginia, with his wife, Kimberly, and their daughter, Jill.



**THE VIRGINIA STATE BAR RULES OF PROFESSIONAL CONDUCT REQUIRE ALL ATTORNEYS TO MAKE THE FOLLOWING STATEMENT AND DISCLAIMER TO THEIR CASE RESULTS. SETTLEMENTS AND VERDICTS IN ALL CASES DEPEND ON VARIOUS FACTORS AND CIRCUMSTANCES WHICH ARE UNIQUE TO EACH CASE. THEREFORE, PAST RESULTS IN CASES ARE NOT A GUARANTEE OR PREDICTION OF SIMILAR RESULTS IN FUTURE CASES WHICH PATTEN, WORNOM, HATTEN & DIAMONSTEIN AND ITS LAWYERS MAY UNDERTAKE.**